| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | PATRICK WILLIAM SNYDER, CSBN 260690 |
| 4 | Special Assistant United States Attorney |

     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8927
     Facsimile: (415) 744-0134
     E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| BERNADETTE A. RAMS, | ) |
|     Plaintiff, | ) CIVIL NO. 1:11-cv-02059 GSA |
|     v. | ) **STIPULATION FOR EXTENSION OF** |
| MICHAEL J. ASTRUE, | ) **TIME AND ORDER** |
| Commissioner of | ) |
| Social Security, | ) |
|     Defendant. | ) |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including September 21, 2012. The response is currently due August 22, 2012. This extension is being sought because of workload issues, including the unavoidable transfer of assignments, a high volume of other disability matters in federal district court, federal employment matters, and a Ninth Circuit appellate brief. This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  August 20, 2012              */s/ Denise Bourgeois Haley*
_____
DENISE BOURGEOIS HALEY
(as authorized via email on August 20, 2012)
Attorney at Law
Attorney for Plaintiff


Dated: August 20, 2012              BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Patrick William Snyder*

_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **August 21, 2012**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE