BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| BERNADETTE A. RAMS,  )<br>    Plaintiff,  )<br>                )<br>    v.  )<br>                 )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>    Defendant.  )<br>_____) | CIVIL NO. 1:11-cv-02059 GSA<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including September 21, 2012. The response is currently due August 22, 2012. This extension is being sought because of workload issues, including the unavoidable transfer of assignments, a high volume of other disability matters in federal district court, federal employment matters, and a Ninth Circuit appellate brief. This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  August 20, 2012        */s/ Denise Bourgeois Haley*
_____
DENISE BOURGEOIS HALEY
(as authorized via email on August 20, 2012)
Attorney at Law
Attorney for Plaintiff

Dated: August 20, 2012        BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Patrick William Snyder*

_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:**   **August 21, 2012**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE